GEORGE E. CROMER, ESQ.
A PROFESSIONAL CORPORATION
George E. Cromer, Esq.
Nevada Bar No. 000183
528 South Casino Center #201
Las Vegas NV  89101
Telephone   (702) 382-1777
Facsimile   (702) 382-3160
Attorney for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XEROX CORPORATION, a New York corporation,<br><br>            Plaintiff,<br>     vs.<br><br>HAIG'S QUALITY PRITING-NEVADA, INC., a Nevada corporation; HAIG GARABED ATAMIAN, an individual; DOES I-X and ROE CORPORATIONS I-X, inclusive,<br><br>            Defendants. | Case No.: 2:11-cv-00205<br><br>**STIPULATION AND ORDER TO CONTINUE ORDER TO SHOW CAUSE HEARING** |

**COMES NOW** the Defendant, HAIG'S QUALITY PRINTING-NEVADA, INC. and HAIG GARABED ATAMIAN by and through their attorney of record, GEORGE E. CROMER, ESQ., and the Plaintiff, XEROX CORPORATION, by and through their attorney of record, MEGAN K. MAYRY McHENRY, ESQ., and hereby stipulate and agree as follows:

**WHEREAS**, this matter is currently scheduled for the Order to Show Cause on Monday, April 4, 2011 at 1 p.m., and

**WHEREAS**, the parties in this matter are currently in settlement negotiations and believe that a fair and reasonable compromise to this matter can be reached, and,

**WHEREAS**, counsel in this matter have agreed to continue this hearing to a date convenient to the parties involved and the Court, and further believe that should a hearing be necessary the hearing could be held the week of April 18-21, 2011 now, therefore,

**IT IS HEREBY STIPULATED AND AGREED** that the Order to Show Cause hearing currently scheduled for Monday, April 4, 2011 shall be continued to a date convenient to all parties.

| | |
|---|---|
| GEORGE E. CROMER, ESQ. | MEGAN K. MAYRY McHENRY, ESQ. |
| A PROFESSIONAL CORPORATION | LAW OFFICES OF HAYES & WELSH |
| /s/ George E. Cromer | /s/ Megan K. Mayry McHenry |
| George E. Cromer, Esq. | Megan K. Mayry McHenry, Esq. |
| Nevada Bar No. 000183 | Nevada Bar No. 009119 |
| 528 So. Casino Center #201 | 199 No. Arroyo Grande Blvd., #200 |
| Las Vegas NV 89101 | Las Vegas NV 89119 |
| Attorney for Defendant | Attorney for Plaintiff |
| Dated: 3/31/11 | Dated: 3/31/2011 |

**ORDER**

Based upon the foregoing Stipulation and for good cause appearing:

**IT IS HEREBY ORDERED** that the Order to Show Cause hearing currently scheduled for Monday, April 4, 2011 shall be continued to April 19, 2011, at 10:00a.m.

**DATED** this 1st day of April, 2011.

_____
Gloria M. Navarro
United States District Judge

- 2 -