MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
E-Mail: m.mayry@lvlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HAIG'S QUALITY PRINTING-NEVADA, INC., a Nevada Corporation; HAIG GARABED ATAMIAN, an individual; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | CASE NO.: 2:11-cv-00205-GMN-PAL |

## ORDER GRANTING WRIT OF POSSESSION

Plaintiff, XEROX CORPORATION's (hereinafter "Plaintiff") Order to Show Cause on Issuance of Writ of Possession having come on for hearing on the 19th day of April, 2011; Defendants, HAIG'S QUALITY PRINTING-NEVADA, INC. and HAIG GARABED ATAMIAN having accepted service of the Summons, Complaint, Application for Order to Show Cause, Affidavit in Support thereof, and the Order to Show Cause through their attorney, George Cromer, Esq.; the Plaintiff being represented by Megan K. Mayry McHenry, Esq. of the Law Office of Hayes & Welsh; and there being no opposition to the Order to Show Cause, the Court finds:
1

(1) that there is a reasonable probability that Plaintiff is entitled to possession, use and disposition of the property pending final adjudication of the parties' claims;

(2) that this is an appropriate action for issuance of a writ of possession; and

(3) that no bond shall be required for the issuance of the writ of possession since there is reasonable cause to believe that Plaintiff is a secured party pursuant to NRS Chapter 104 and the Court otherwise fully advised in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff should have the right to immediate possession of the following collateral described in Exhibit A attached hereto, and that Defendants be ordered to deliver possession of said collateral to Plaintiff forthwith;

IT IS FURTHER ORDERED that a writ of possession be issued and the United States Marshal Service shall take into custody the above-described property possessed by Defendants wherever said property may be located in the County of Clark, State of Nevada; and

IT IS FURTHER ORDERED that the United States Marshal Service shall immediately deliver possession of said property to Plaintiff or its representative.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

Submitted by:

LAW OFFICE OF HAYES & WELSH

\MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Attorneys for Plaintiff

2

## Exhibit A

1) WC7328PC, serial number FKA611757;

2) Nuvera 120 EA, serial number AFR287712.