STIP
MEGAN K. MAYRY MCHENRY, ESQ.
Nevada State Bar No. 009119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
E-Mail: m.mayry@lvlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| XEROX CORPORATION, a New York Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>HAIG'S QUALITY PRINTING-NEVADA, INC., a Nevada Corporation; HAIG GARABED ATAMIAN, an individual; DOES I - X, and ROE CORPORATIONS I - X, inclusive,<br><br>    Defendants. | CASE NO.: 2:11-cv-00205-GMN-PAL |

**STIPULATED JUDGMENT**

COMES NOW, Plaintiff, XEROX CORPORATION (hereinafter "Plaintiff"), by and through its attorneys of record, the Law Office of Hayes & Welsh, and Defendants, HAIG'S QUALITY PRINTING-NEVADA, INC. and HAIG GARABED ATAMIAN (hereinafter "Defendants"), by and through their attorney of record, George E. Cromer, Esq., and hereby stipulate to a judgment as follows:

IT IS HEREBY STIPULATED that Judgment shall be entered in favor of Plaintiff and against Defendants in the principal amount of ONE HUNDRED EIGHTY SIX THOUSAND AND 00/100 DOLLARS ($186,000.00), plus interest at the legal rate from the

1

date of entry of this Judgment until paid in full. Each party shall bear responsibility for payment of their own pre-judgment costs and attorneys' fees.

IT IS HEREBY STIPULATED that Defendants agree to make payments to Plaintiff as follows:

a) **Payments in the amount of $3,000.00 per month due on May 10, 2011, June 10, 2011, July 10, 2011, August 10, 2011, September 10, 2011 and October 10, 2011.**

b) **Payments in the amount of $4,000.00 per month beginning on November 10, 2011 and due on the 10th day of each month thereafter until the Settlement Amount is paid in full.**

Defendants' payments referenced herein shall be made in United States dollars in the form of a business check and/or certified funds. All payments shall be made payable to Xerox Corporation and include the reference number 957255490 and shall be delivered to Xerox Corporation, 88188 Expedite Way, Chicago, IL 60695-0001.

Plaintiff shall allow Defendants a grace period of seven (7) days on all payments. If Defendants fail to make payment as outlined above within seven (7) days of the due date, Defendants shall be in default under this Stipulated Judgment. Plaintiff is under no obligation to give Defendants notice of a default and may take immediate legal action under the Stipulated Judgment and/or Mutual Release and Settlement Agreement (incorporated herein by reference) entered into between the parties.

IT IS HEREBY STIPULATED that Plaintiff shall not record or execute upon this judgment unless Defendants fail to perform any of the terms and conditions of this Stipulated Judgment.

IT IS HEREBY STIPULATED that Plaintiff shall be entitled to an award of any attorneys' fees or costs incurred in enforcing and/or executing upon this Stipulated Judgment.

/ / /

1  IT IS HEREBY STIPULATED that all claims in this case are hereby resolved.

2  DATED: May 9, 2011                              DATED: 03 May 11

3  LAW OFFICES OF HAYES & WELSH          GEORGE E. CROMER ESQ. A
4                                                                         PROFESSIONAL CORPORATION

5  By: /s/ Megan McHenry                          By: /s/
6  Megan K. Mayry McHenry, Esq.              George E. Cromer, Esq.
   Nevada State Bar No.: 009119                Nevada State Bar No.: 000183
7  199 N. Arroyo Grande Blvd., Suite 200      528 S. Casino Center #201
   Henderson, NV 89074                           Las Vegas, NV 89101
8  Attorney for Plaintiff                              Attorney for Defendants

9  DATED: May 3, 2011                              DATED: May 3, 2011

10
                                                                 HAIG'S QUALITY PRINTING-
11                                                               NEVADA, INC., a Nevada Corporation

   By: /s/
12  HAIG GARABED ATAMIAN                   By: /s/
13                                                               HAIG GARABED ATAMIAN

                                                                 Its: Sec./Treas.
14

15  STATE OF NEVADA          )
                                              ) ss.
16  COUNTY OF CLARK         )

17      On this 3rd day of May, 2011, before me, a Notary Public, personally
    appeared HAIG GARABED ATAMIAN personally known to me or proved upon
18  satisfactory evidence, to be the person who executed the within document and
19  acknowledged that he executed the same.

20      IN WITNESS WHEREOF, I have hereunto set my hand this official seal.

21       CARRIE PARKER
         NOTARY PUBLIC
22       STATE OF NEVADA                        /s/ Carrie Parker
         My Commission Expires 01-30-2012       Notary Public
         Commission No: 03-85611-1
23

24  **IT IS SO ORDERED** this 12th day of May, 2011.

25
                                                                 /s/
26
                                                                 Gloria M. Navarro
27                                                               United States District Judge

28

Page 3 of 3